UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>JONATHAN TRI DUC NGUYEN<br><br>              Defendant. | No. CR-09-015-EFS-2<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY |

At the June 25, 3009, hearing on Defendant's Motion to Modify (Ct. Rec. 822), Defendant was present with counsel Jeffry Finer. Assistant U.S. Attorney Russell Smoot represented the United States.

**IT IS ORDERED** Defendant's Motion **(Ct. Rec. 822)** is **GRANTED.** The Defendant may leave his home Mondays through Saturdays, from 7:00 a.m., to 10:00 p.m., if necessary, for the purpose of employment.

DATED June 25, 2009.

                      S/ CYNTHIA IMBROGNO
            UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY - 1