UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JONATHAN TRI DUC NGUYEN (2),<br><br>  Defendant. | NO. CR-09-0015-EFS-2<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

Pursuant to Federal Rule of Criminal Procedure 32.2(b), **IT IS HEREBY ORDERED:** Defendant shall forfeit the assets, as outlined below, to the United States pursuant to 21 U.S.C. § 853, as property constituting or derived from proceeds obtained, directly or indirectly, as a result of the violations to which Defendant pled guilty, and as property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of those violations, including:

10664 Rainier Avenue South, Seattle, Washington:

>  Real property in the County of King, State of Washington, described as follows

ORDER ~ 1

A strip of land 40 feet in width lying between the Northerly right of way of Pacific Highway and the inner harbor line of Lake Washington, being adjacent parallel and Westerly of a line described as follows

BEGINNING at a point on the East-West center line of Section 1, Township 23 North, Range 4 East, W M, being the South boundary of the City of Seattle, 304.38 feet South 86°54'24" East of the center of Section 1,

Thence South 51°14'45" East a distance of 1324.28 feet,

Thence on the arc of a curve to the right having a radius of 5,772.15 feet, a distance of 35.96 feet to the POINT OF BEGINNING of said line,

Thence North 38°45'15" East of distance of 200 feet, more or less, to the inner harbor line of Lake Washington,

EXCEPT a strip of land formerly used by Seattle, Renton and Southern railroad right of way,

TOGETHER WITH that certain property as conveyed by Recording No. 8906240738

(Being known as Lot 15, Block 2, EBAWOOD ADDITION, according to the unrecorded plat thereof)

Tax Parcel Number 2220400160

Together with all appurtenances, fixtures, attachments thereto and thereupon.

ORDER ~ 2

Subject to covenants, conditions, restrictions, reservations, easements and agreements of record, if any.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and to provide copies to all counsel.

**DATED** this \_\_\_\_26th\_\_\_\_ day of January 2010.

                              s/Edward F. Shea
                              EDWARD F. SHEA
                      United States District Judge

Q:\Criminal\2009\15.2.prelim.forfeit.wpd

ORDER ~ 3