```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,    )
                             )   No. CR-09-015-EFS-2
                Plaintiff,   )
                             )   ORDER GRANTING DEFENDANT'S
v.                           )   MOTION TO TRAVEL
                             )
JONATHAN TRI DUC NGUYEN,     )
                             )
                Defendant.   )
                             )
```

Before the court on an expedited basis is Defendant's Motion to Modify conditions of release to allow travel to Santa Cruz, California. (Ct. Rec. 2234.) The United States has filed a Response.

**IT IS ORDERED** the Motion to Modify **(Ct. Rec. 2234)** is **GRANTED.** The Defendant is allowed to travel with his immediate family from Seattle, Washington, on August 31, 2010, to Santa Cruz, California, and return to Seattle, Washington, on September 5, 2010. The Defendant shall contact his supervising Seattle Probation Officer promptly upon his return.

DATED August 27, 2010.

```
                         S/ CYNTHIA IMBROGNO
                      UNITED STATES MAGISTRATE JUDGE
```

ORDER GRANTING DEFENDANT'S MOTION TO TRAVEL - 1