JEFFRY K. FINER
35 W. MAIN, SUITE 300
Spokane, WA 99201
(509) 981-8960

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | NO. 09-CR-00015-EFS-2 |
| v. | ) | ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE FOR TRAVEL |
| JONATHAN TRI DUC NGUYEN, | ) | |
| Defendant. | ) | |

THIS MATTER having come on before this court on the Motion of Defendant for a motion to modify conditions of release for travel to Las Vegas, Nevada, and for expedited hearing, NOW THEREFORE,

**IT IS ORDERED** that the Motion to Expedite/Motion to Modify Conditions of Release **(Ct. Rec. 2390)** is **GRANTED**.

The Defendant is allowed to travel *with Giao Nguyen* from Seattle, Washington on October 8, 2010, to Las Vegas, Nevada and return to Seattle, Washington on October 10, 2010. The defendant shall contact his supervising Seattle Probation Officer promptly upon his return.

DATED October 7, 2010.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER • Page 1

Jeffry K Finer, PS
WEST 35 MAIN STREET, SUITE 300
SPOKANE, WA 99203 • 509 464-7611
EMAIL: JEFFRY@FINER-BERING.COM