UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

                    Plaintiff,

        v.

JONATHAN TRI DUC NGUYEN (2),

                    Defendant.

NO. CR-09-0015-EFS-2

**FINAL ORDER OF FORFEITURE**

        Before the Court, without oral argument, is the United States Attorneys' Office's (USAO) Motion for Entry of the Final Order of Forfeiture (ECF No. 2631).  On October 19, 2010, the Court entered an Amended Preliminary Order of Forfeiture (ECF No. 2444), pursuant to 21 U.S.C. § 853, preliminarily forfeiting to the United States a 2001 GMC Yukon Denali, Washington license 584 RGD, VIN: 1GKFK66U61J213472. Defendant Jonathan Tri Duc Nguyen forfeited his interest in this property to the United States pursuant to the Plea Agreement (ECF No. 1472) and Amended Judgment (ECF No. 2600).

        Section 853(n) and Federal Rule of Criminal Procedure 32.2 require the resolution of all third-party claims to the property in a final order of forfeiture.  Notice of Criminal Forfeiture was posted on an official

ORDER ~ 1

government internet site (www.forfeiture.gov) for at least thirty (30) consecutive days, beginning on October 21, 2010, and ending November 19, 2010, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as incorporated by 21 U.S.C. § 853(n).  At the latest, the claim period expired on December 20, 2010.  No claims have been filed.  Accordingly, **IT IS HEREBY ORDERED:**

1.  The USAO's Motion for Entry of the Final Order of Forfeiture **(ECF No. 2631)** is **GRANTED.**

2.  The 2001 GMC Yukon Denali, Washington license 584 RGD, VIN: 1GKFK66U61J213472, is forfeited to the United States; no interest exists in any other person.

3.  The United States shall dispose of this property in accordance with law.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and to provide copies to all counsel.

**DATED** this ____19th____ day of January 2011.


_____
              s/Edward F. Shea
              EDWARD F. SHEA
        United States District Judge

_____

Q:\Criminal\2009\15.2.final.order.forfeit.wpd

ORDER ~ 2